UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

BGHN HOLDINGS LLC, a Delaware limited
liability company,

Civil Action No. 1:20-cv-00532 (GLS/CFH)

Plaintiff,

**CORPORATE DISCLOSURE
STATEMENT**

v.

KINGSTON-ULSTER AIRPORT, INC., a New
York corporation,

Defendant.

---

Plaintiff, BGHN Holdings LLC ("BGHN") by its attorneys, Cook, Netter, Cloonan, Kurtz & Murphy, P.C., files this disclosure statement with the court clerk pursuant to Federal Rule of Civil Procedure 7.1 and certifies the following:

1.    BGHN Holdings LLC is a Delaware limited liability company headquartered in Palo Alto, California.

2.    Eric Schmidt, an individual, is the sole member of BGHN Holdings LLC.

3.    Eric Schmidt is a resident of the State of California.

DATED:  July 1, 2020

By _____
Cook, Netter, Cloonan, Kurtz & Murphy, P.C.
Eric M. Kurtz, Esq. #103869
ekurtz@cookfirm.com
*Attorneys for Plaintiff*
85 Main Street, P.O. Box 3939
Kingston, New York 12402
(845) 331-0702