UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BGHN HOLDINGS LLC, a Delaware limited liability company,<br><br>　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>KINGSTON-ULSTER AIRPORT, INC., a New York corporation,<br><br>　　　Defendant, Counterclaimant, and Third Party Plaintiff,<br><br>　　v.<br><br>BRIDGEVIEW HELIPORT, LLC, JEFFREY LYONS, and CHRISTINE SEWARD,<br><br>Bridgeview Heliport, LLC, Jeffrey Lyons, and Christine Seward as Counterclaim Defendants; Bridgeview Heliport, LLC, and Christine Seward as Third Party Defendants. | Civil Action No. 1:20-cv-00532 (GLS/CFH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

1. IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action is voluntarily dismissed.

2. IT IS HEREBY STIPULATED AND AGREED by and between the parties that, subject to the exception in Paragraph 3, any claim asserted by any party in the above captioned action, is dismissed with prejudice.

3. Defendant Kingston-Ulster Airport, Inc.'s ("KUA") claims against Plaintiff BGHN Holdings, LLC and Bridgeview Heliport, LLC that they failed to pay "through the fence fees" and/or failed to have a "through the fence agreement" is dismissed without prejudice.

4. Further, all parties consent to the cancellation of the *lis pendens* filed by BGHN Holdings, LLC on May 13, 2020 with Ulster County (bearing Instrument Number 2020-122, case number 2020-1114).

DATED: February 9, 2021.

          LANE POWELL, PC

          By: */s/ Abraham K. Lorber*
              Abraham K. Lorber, *pro hac vice*
              WSBA No. 40668
              1420 Fifth Avenue, Suite 4200
              P.O. Box 91302
              Seattle, WA 98111-9402
              Telephone: 206-223-7000
              Facsimilie: 206-223-7107
              lorbera@lanepowell.com

          COOK, NETTER, CLOONAN, KURTZ & MURPHY

          By: */s/ Eric M. Kurtz*
              Eric M. Kurtz, NYBA No. 2034494
              85 Main Street
              P.O. Box 3939
              Kingston, NY 12402
              Telephone: 845-331-0702
              Facsimilie: 845-331-1003
              ekurtz@cookfirm.com

*Attorneys for Plaintiff/ Counter Defendant BGHN Holdings LLC*

          SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, PC

          By: */s/ Robert L. Lakind (via email authority)*
              Robert L. Lakind, NJBA No. 036242009
              Janine G. Bauer, NJBA No. 046111984

        101 Grovers Mill Road
        Suite 200
        Lawrenceville, NJ 08648
        Telephone: 609-275-0400
        Facsimilie: 609-275-4511
        rlakind@szaferman.com
        jbauer@szaferman.com

*Attorneys for Defendant/ Counterclaimant/ Third-Party Plaintiff Kingston-Ulster Airport, Inc.*


GOLDSTEIN & GOLDSTEIN LAW FIRM

By: *Paul J. Goldstein (via email authority)*
    Paul J. Goldstein, NYBA No. 1356724
    One Civic Center Plaza, Suite 541
    Poughkeepsie, NY 12601
    Telephone: 845-473-5100
    paul@goldsteinlawfirm.com

*Attorneys for Counter Defendant/ Third-Party Defendant Bridgeview Heliport, LLC and Counter Defendant Jeffrey Lyons*


CORBALLY, GARTLAND LAW FIRM

By: *Brooke D. Youngwirth (via email authority)*
    Brooke D. Youngwirth, NYBA No. 4948568
    35 Market Street
    Poughkeepsie, NY 12601
    Telephone: 845-240-7322
    bdy@cgrlaw.com

*Attorneys for Counter Defendant/ Third-Party Defendant Christine Seward*